UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN FLANAGAN and EILEEN FLANAGAN, as parents and next friend of, and on behalf of, C.F., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>WYNDHAM INTERNATIONAL, INC., WYNDHAM MANAGEMENT CORP., SUGAR BAY CLUB AND RESORT CORP., RIK BLYTH, and BRYAN HORNBY,<br><br>    Defendants.<br><br>and<br><br>BRIAN JAMES and LINDA JAMES, as parents and next friend of, and on behalf of, B.J., a minor<br><br>    Plaintiffs,<br><br>v.<br><br>WYNDHAM INTERNATIONAL, INC., WYNDHAM MANAGEMENT CORP., SUGAR BAY CLUB AND RESORT CORP., RIK BLYTH, and BRYAN HORNBY,<br><br>    Defendants. | Misc. No. 1:05MS00527(RWR)<br><br>(District Court of the Virgin Islands Nos. 2002/237-M/R and 2003/155-M/R) |

## JOINT NOTICE OF WITHDRAWAL

Plaintiffs submit this notice to inform the Court that on January 5, 2006 the parties reached a settlement in principle in the *Flanagan* case, and the Virgin Islands court issued an order closing the case and denying all pending motions in the *Flanagan* case as moot. *See* Order, dated Jan. 5, 2006 (Exhibit A hereto). Similarly, on January 6, 2005 the parties reached a

1

settlement in principle in the *James* case. In light of these proposed settlements, Plaintiffs hereby withdraw their deposition subpoena and notices to Dr. Marilyn Benoit and Dr. Marianne Schuelein. Furthermore, the Wyndham Defendants, Dr. Benoit, and Dr. Schuelein withdraw their Motion to Quash Subpoena and Notices of Deposition and for Protective Order filed with this Court on December 30, 2005. Plaintiffs' counsel has conferred with counsel for the Wyndham Defendants, Dr. Benoit, and Dr. Schuelein, and they join in the filing of this Notice.

              Respectfully submitted,

              WILLIAMS & CONNOLLY LLP

By:  /s/ Erin E. Andrews
    Joseph G. Petrosinelli, Esq.
      (D.C. Bar No. 434280)
    Enu Mainigi, Esq. (D.C. Bar No. 454012)
    Erin E. Andrews, Esq.
      (D.C. Bar No. 478235)

    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    (202) 434-5000
    (202) 434-5029 (facsimile)

January 10, 2006          *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing JOINT NOTICE OF WITHDRAWAL to be served, this 10th day of January 2006, upon the following:

Via First-Class Mail and Facsimile to:

>Douglas C. Beach, Esq.
>DUDLEY, CLARK & CHAN, LLP
>9720 Estate St. Thomas, Suite 1
>St. Thomas, VI 00802
>
>*Counsel for Defendants Wyndham International, Inc., Wyndham Management Corp., and Sugar Bay Club & Resort Corp. and Rik Blyth*
>
>John A. Zebedee, Esq.
>HYMES & ZEBEDEE, P.C.
>10 Norre Gade, 3rd Floor
>Charlotte Amalie
>St. Thomas, VI 00804-0990
>
>*Counsel for Defendant Bryan Hornby*

And Electronically to:

>Lee T. Ellis, Jr., Esq.
>Andrew J. Durkovic, Esq.
>Mark I. Bailen, Esq.
>BAKER & HOSTETLER LLP
>1050 Connecticut Ave., N.W., Suite 1100
>Washington, D.C. 20036
>
>*Counsel for Defendants Wyndham International, Inc., Wyndham Management Corp., and Sugar Bay Club & Resort Corp. and Rik Blyth*

/s/ Erin E. Andrews