# EXHIBIT A

## DISTRICT COURT OF THE VIRGIN ISLAND

### DIVISION OF ST. THOMAS & ST. JOHN

KEVIN and EILEEN FLANAGAN,
in their own right and as Parents
and Guardians of C.F., a minor,

               Plaintiffs,

v.                                              2002-CV-237-G/C

WYNDHAM INTERNATIONAL, INC.,
WYNDHAM MANAGEMENT CORP., SUGAR
BAY CLUB and RESORT, CORP., RICK
BLYTH and BRYAN HORNBY,

               Defendants

TO:  Daryl C. Barnes, Esq.
     Douglas C. Beach, Esq.- Dudley, Chan - Fax 7'' -8044
     John A. Zebedee, Esq. - Fax 775-3300

### ORDER CLOSING FILE AND
### DENYING ANY PENDING MOTIONS AS MOOT

The Court has been advised by counsel that this action has been settled or is the process of being settled. Therefore, it is not necessary that the action remain on the Court calendar. It is hereby;

**ORDERED** that this file be CLOSED. The Court retains complete jurisdiction to re-open the action upon cause shown, no later than sixty (60) days from the date of this Order if the settlement has not been completed and further litigation is necessary. It is further;

**ORDERED** that all pending motions are DENIED as moot, and it

*Flanagan v. Wyndham Int'l et al.*
2002-CV-237
Page 2 of 2

is further;

ORDERED that the Clerk of Court serve the attorneys for the parties appearing in this action with a copy of this Order.

ENTER:

Dated:  January 5, 2006

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE

ATTEST:
WILFREDO MORALES
Clerk of Court

By: _____
        Deputy Clerk